**IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN**

---

ROBERT COLEMAN,

      Plaintiff-Appellant,    ORDER

v.

                  14-cv-879-jdjp

U.S. TRUSTEE'S OFFICE,
SPENTA ENTERPRISES, INC., and
HOSHANGE R. KARANI,

      Defendants-Appellees.

---

CHIZUCO COLEMAN,

      Plaintiff-Appellant,    ORDER

v.

                  14-cv-880-jdjp

U.S. TRUSTEE'S OFFICE,
SPENTA ENTERPRISES, INC., and
HOSHANGE R. KARANI,

      Defendants-Appellees.

---

**NOTICE OF APPEAL TO U.S. COURT OF APPEALS FOR THE 7TH CIRCUIT**

  The Debtor/Appellants, Robert Coleman and Chizuco Coleman and their Attorneys William L. Needler and William L. Needler and Associates, Ltd. (hereinafter "the Appellants") herein Appeal under 28 USC Section 158 (d) (1) from an Order entered in the above U.S District Court for the Western District of Wisconsin which denied the Appellants' Emergency Motion for Stay Pending Appeal of the Order Dismissing this Chapter 11. This Order of Dismissal was entered without allowing Debtor/Appellants' Attorney to speak in the hearing on behalf of the two Debtor/Appellants, and was entered

023 -024 NOTICE OF APPEAL
FILED IN USDISTRICT COURT
TO THE 7TH CIR CRT APPEALS 1-6-15 V2

1

in violation of the Bankruptcy Rule on Venue which requires any objection to Venue "be timely filed".  This Order of Denial was entered on the Docket @ <u>Docket 7.</u>

This Order docketed @ <u>Docket # 7</u> is attached hereto and made a part hereof and Appealed in its entirety and is attached as <u>Exhibit 1</u>, hereto.

The names of the parties to the Order Appealed from and their Attorneys and their addresses and phone number are as follows:

William L. Needler
William L. Needler and Associates, Ltd
Bar ID #2025248.
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062
(847) 559-8330 phone
(847) 559-8331 fax
<u>williamlneedler@aol.com</u>
(Appellant and Debtor Appellants' Attorney)


William L. Needler
William L. Needler and Associates, Ltd
714 West 7th Street
PO Box 177
Ogallala, Nebraska 69153
(308) 284-4505 phone
(308) 284-3813 fax
<u>williamlneedler@aol.com</u>
(Appellant and Debtor Appellants' Attorney)


Robert Coleman
N 9110 11th Drive
Westfield, WI 53964
(920) 765-1635 cell
(920) 787-0655 home
<u>bobandchico@aol.com</u>
(Debtor and Appellant)

Debra L. Schneider
U.S. Trustee's Office
OCE Regional Coordinator, Regions 10, 11, 13, 18, 20
Trial Attorney, W.D. Wisconsin
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522, Ext. 18
(608) 264-5182 fax
Debra.Schneider@usdoj.gov
(Appellee)

Joseph E. Cohen
Cohen & Krol
105 W. Madison Street
Suite 1100
Chicago, IL 60602
T - 312-368-0300
F - 312-368-4559
jcohen@cohenandkrol.com
(Appellee's Attorney)

Robert O'Donnell
O'Donnell Law Firm Ltd.
14044 Petronella Dr. #1
Libertyville, IL 60048
847-367-2751 of
847-367-2750 ext 101
rodonnell@odonnell-lawfirm.com
(Appellee's Attorney)

Spenta Enterprises Ltd
And Hoshang R. Karani
c/o Robert O'Donnell
rodonnell@odonnell-lawfirm.com
(Appellee)

January 6, 2015

/s/ William L. Needler
Attorney Appellant and
Attorney for Debtor/Appellant

023 -024 NOTICE OF APPEAL
FILED IN USDISTRICT COURT
TO THE 7TH CIR CRT APPEALS 1-6-15 V2

3

<u>APPELLANT AND</u>
<u>DEBTOR/APPELLANTS' ATTORNEYS</u>
William L. Needler
William L. Needler and Associates, Ltd
Bar ID #2025248.
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062
(847) 559-8330 phone
(847) 559-8331 fax
williamlneedler@aol.com

William L. Needler
William L. Needler and Associates, Ltd
714 West 7th Street
PO Box 177
Ogallala, Nebraska 69153
(308) 284-4505 phone
(308) 284-3813 fax
williamlneedler@aol.com

023 -024 NOTICE OF APPEAL
FILED IN USDISTRICT COURT
TO THE 7TH CIR CRT APPEALS 1-6-15 V2